DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSEPH BUTERA JR.** a/k/a **JOSEPH BUTERA,** as Trustee of the **TONY BONGIOVI IRREVOCABLE TRUST** U/T/D **DECEMBER 17, 2005, et al.,**
Appellant,

v.

**ANTHONY BONGIOVI** a/k/a **TONY BONGIOVI** and **ANNA LOUISE BONGIOVI,**
Appellee.

No. 4D22-2367

[February 23, 2023]

Appeal of a nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey R. Levenson, Judge; L.T. Case No. CACE20-19091.

Thomas S. Ward and Mark J. Heise of Heise Suarez Melville, P.A., Coral Gables, for appellant.

Romney C. Rogers of Rogers, Morris & Ziegler LLP, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., WARNER and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***